UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RE: AYANNA JENKINS-TONEY,

Appellant.

Case No.  5:26-cv-02859-EKL

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jon S. Tigar for consideration of whether the case is related to *In re: Ayanna Jenkins-Toney*, Case No. 4:26-cv-0720.

**IT IS SO ORDERED.**

Dated: April 14, 2026

_____

EUMI K. LEE
United States District Judge

United States District Court
Northern District of California